LENARD E. SCHWARTZER
2850 SO. JONES BLVD., STE. 1
LAS VEGAS, NV 89146
Phone: (702) 307-2022
E-Fax: (702) 974-0976

TRUSTEE

RECEIVED
AND FILED

2016 MAR 4 PM 3 41

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No. BK-S-10-11723 BTB |
| ANGLE CONCRETE, LLC | IN PROCEEDINGS UNDER CHAPTER 7 |
| Debtor(s) | NOTICE OF UNCLAIMED FUNDS |

TO:          Clerk, United States Bankruptcy Court

FROM:      Lenard E. Schwartzer, Trustee

Pursuant to Bankruptcy Rule 3010 and 3011, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy court, and shall be withdrawn as provided in Chapter 129 Title 28, 2042.

| Claim # | Claimant & Claimant's Address | CAS 106000 | CAS 613300 |
|---|---|---|---|
| ADMATTY | Gerry G. Zobrist<br>5440 W. Sahara Ave., Ste 206<br>Las Vegas, NV 89146 | | $ 9,618.66 |
| | Total | $ 0.00 | $ 9,618.66 |

Date: *March 1, 2016*

Trustee Lenard E. Schwartzer

# 225794    $ 9618.66